## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| MAZE | : | 02-1510 |
| MILLS | : | 02-1517 |
| QUASHEN' CIRILLO | : | 02-1551 |
| IRIZARRY | : | 02-1610 |
| WALKER | : | 02-1617 |
| PEARSON | : | 02-1692 |
| WATROBSKI | : | 02-1792 |
| VIZCAINO | : | 02-1971 |
| COLLISTER | : | 02-2042 |
| HERNANDEZ | : | 02-2047 |
| WILLIAMS | : | 02-2051 |
| LLAVE | : | 02-2204 |
| ELROD | : | 02-2296 |
| BURCH | : | 02-2302 |
| WEGENER | : | 02-2335 |
| HUSSAIN | : | 02-2465 |
| WHITEHEAD | : | 02-2491 |
| WALLING | : | 02-2498 |
| BOLEN | : | 02-2546 |
| SIEMENS | : | 02-3044 |
| FERNANDEZ | : | 02-3050 |
| RAMSEY | : | 02-3083 |
| GIBBS | : | 02-3390 |
| MEW | : | 02-3106 |
| ROGERS | : | 02-3135 |
| WOODARD | : | 02-3141 |
| MILES | : | 02-3143 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

## O R D E R

**AND NOW,** this _____ day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

|   |   |   |   |
|---|---|---|---|
| [   ] | - | | Order staying these proceedings pending determination of arbitration proceedings. |
| [   ] | - | | Interlocutory appeal filed. |
| [ X ] | - | | Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring the case to the District of Minnesota</u>. |

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**Ronald L. Buckwalter, Judge**