IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMMA SIEMENS | : |
| | : CIVIL ACTION NO. 02-CV-3044 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| BAYER CORPORATION; | : ENTRY OF APPEARANCE |
| BAYER AG; | : |
| GLAXOSMITHKLINE, PLC; | : |
| GLAXOSMITHKLINE; | : |
| SMITHKLINE BEECHAM | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____     _____
Hope S. Freiwald                              Aline Fairweather

_____     _____
Alison T. Conn                                 Kirstin J. Miller

Dated: July 25, 2002

DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000